IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SEQUOIAS - SAN FRANCISCO,<br><br>    Petitioner,<br><br>  v.<br><br>SEIU, UNITED HEALTHCARE WORKERS - WEST,<br><br>    Respondent. | No. C 09-05279 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting summary judgment for respondent, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE